**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JANA LAWRENCE,

    Plaintiff,

vs.                              CASE NO.: 4:07cv141-SPM/AK

AGENCY FOR PERSONS WITH
DISABILITIES, STATE OF FLORIDA
and VALERIE DARLENE SIMMONS,

    Defendants.

_____/

## ORDER OF DISMISSAL

Upon notification by Counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Court retains jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 17th day of January, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge